EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte <br><br> Fernando Moreno Salas | 2010 TSPR 173 <br><br> 179 DPR _____ |

Número del Caso: TS-4400

Fecha: 13 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                                    4400
Fernando Moreno Salas


Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

                            RESOLUCIÓN


        San Juan, Puerto Rico, a 13 de agosto de 2010

        Examinada la Moción Para Solicitar Baja Voluntaria de la Profesión presentada por el Lcdo. Fernando Moreno Salas, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo